**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**KRISTIAN MINOR**,

> *Plaintiff*,

*v.*

> CAUSE NO. 3:26-CV-278-CWR-LGI

**DOUGLAS A. COLLINS, Secretary of Veteran Affairs**,

> *Defendant*.

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on July 16, 2026. Docket No. 7. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636(b)(1). *Id*. at 5-6.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, Plaintiff's motion for leave to proceed *in forma pauperis*, Docket No. 3, is denied.

**SO ORDERED**, this the 10th day of August, 2026.

> s/ Carlton W. Reeves
> UNITED STATES DISTRICT JUDGE